RICHARD L. VILICHKA, PLAINTIFF-PETITIONER, v. WILLIAM SCHMIDT, DEFENDANT-RESPONDENT.

*Messrs. Winetsky & Brody* for the petitioner.

*Messrs. Ryan, Saros, Davis & Conant* for the respondent.

October 19, 1959.   Denied.

JOSEPH KALETAY, PLAINTIFF, v. JAMES L. HUNOLD *ET AL.*, DEFENDANTS-RESPONDENTS, AND ANDREW PAGE, DEFENDANT-PETITIONER.

*Mr. Andrew Page in propria persona.*

*Mr. Seymour S. Weinblatt* for the respondents.

November 2, 1959.   Granted.   Judgment reversed, without costs, and cause remanded for a hearing on the merits.